

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| FRANCISCO RODRIGUEZ, | § | No. 08-24-00123-CV |
| Appellant, | § | Appeal from the |
| v. | | 388th District Court |
| ROSA MARIA RODRIGUEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2019DCM5236) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 25th day of August 2025.


LISA J. SOTO, Justice


Before Salas Mendoza, C.J., Palafox and Soto, JJ.